**LAW OFFICES OF NOLAN KLEIN, P.A.**         ATTORNEYS & COUNSELORS

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10120
PH: (646) 560-3230

633 S. ANDREWS AVE., SUITE 500
FORT LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com                                                  Nolan Klein, Esq.
                                                                 klein@nklegal.com

August 30, 2021

<u>VIA CM/ECF</u>
Honorable Alison J. Nathan
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2021
```

      Re:   <u>Delacruz v. Zocalo Foods, Inc.</u>
           <u>SDNY Case No.: 1:21-cv-04169</u>

Dear Judge Nathan,

      This office represents the Defendant, Zocalo Foods, Inc., in the above-captioned case. An initial pretrial conference is scheduled for September 10, 2021, at 3:30 pm. The parties are working toward resolution and are optimistic that they will reach an amicable agreement. As such, the parties respectfully request an adjournment of the conference and 30 additional days in which to file the case management plan and scheduling order. This is the first request for an adjournment and the request will not affect any other scheduled dates or prejudice any party.

      We thank the Court for your time and consideration in this matter.

**SO ORDERED.**

*[signature: Alison J. Nathan]*

8/30/2021

The conference is adjourned to October 8, 2021 at 3:45 P.M. The parties are to submit their joint letter and proposed case management plan within seven days of conference.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:   /s/ Nolan Klein
     NOLAN K. KLEIN
     (NK4223)

NKK/amd
cc: Jeffrey Michael Gottlieb, Esq. (via ECF)
    Michael A. LaBollita, Esq. (via ECF)
    Dana L. Gottlieb, Esq. (via ECF)